| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (214) 237-9001 | FOR COURT USE ONLY |
|---|---|---|
| Garibian Law Office, P.C.<br>261 Old York Road, Unit 427<br>Jenkintown, PA 19046<br>ATTORNEY FOR  Plaintiff | | |
| DELAWARE DISTRICT, WILMINGTON<br>844 N King St, Unit 18<br>Wilmington, DE 19801 | | |
| SHORT TITLE OF CASE:<br>Gann, Kayla v. Ford Motor Company | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>1:24-cv-00765 |
| **Declaration of Service** | | Ref. No. or File No:<br>247640 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Cover Sheet; Complaint; Local Rule 73.1 and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Summons**

On: **Ford Motor Company**

I served the summons at:

**1209 Orange St Wilmington, DE 19801**

On: **7/10/2024**          Date: **02:03 PM**

In the above mentioned action  by personally serving to and leaving with

**Chimere Brooks   -  Agent for The Corporation Trust Company , Authorized to Accept for Ford Motor Company**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **William Bailey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **456.00**
  e. **I am an independent contractor:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



William Bailey          Date: 07/12/2024

Declaration of Service          Invoice #: 9978046